UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RATHNA GIRISH MATHRUBOOTHAM, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01255-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Charles R. Breyer to determine whether it is related to *Sundaram v. Freshworks Inc*, 22-cv-06750-CRB.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: June 13, 2023

JAMES DONATO
United States District Judge