| | |
|---|---|
| 1 | Mandeep S. Minhas (5799929) |
| 2 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building |
| 3 | 230 Park Avenue, 24th Floor<br>New York, NY 10169 |
| 4 | Telephone: (646) 582-0118<br>mminhas@scott-scott.com |
| 5 | |
| 6 | *Attorneys for Plaintiff Mohan R. Sundaram* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAN R. SUNDARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRESHWORKS INC., RATHNA GIRISH MATHRUBOOTHAM, TYLER SLOAT, ROXANNE S. AUSTIN, JOHANNA FLOWER, SAMEER GANDHI, RANDY GOTTFRIED, ZACHARY NELSON, BARRY PADGETT, JENNIFER TAYLOR, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., JEFFERIES LLC, BARCLAYS CAPITAL INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, JMP SECURITIES LLC, NEEDHAM & COMPANY, LLC, NOMURA SECURITIES INTERNATIONAL, INC., OPPENHEIMER & CO. INC., PIPER SANDLER & CO., RAYMOND JAMES & ASSOCIATES, INC., AMERIVET SECURITIES, INC., CASTLEOAK SECURITIES, L.P., SAMUEL A. RAMIREZ & COMPANY, INC., and R. SEELAUS & CO., LLC,<br><br>Defendants. | Case No. 3:22-cv-06750<br><br>**DECLARATION OF MANDEEP S. MINHAS IN SUPPORT OF LEAD PLAINTIFF'S SUR-REPLY**<br><br>Judge:  Hon. Charles R. Breyer<br>Dept.:  Courtroom 06, 17th Floor<br>Date:  April 11, 2025<br>Time:  10:00 a.m. |

I, Mandeep S. Minhas, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP, Lead Counsel for Lead Plaintiff and the proposed Class in this Action, and am admitted *pro hac vice* in this matter. I have personal knowledge of the matters set forth herein, and if called upon I could and would testify competently thereto.

2. Pursuant to the Court's Order Granting Lead Plaintiff's Administrative Motion for Leave to File Sur-Reply Expert Report in Support of his Opposition to Freshworks' Motion for Summary Judgment (ECF No. 130), attached as Exhibit A is a true and correct copy of the Expert Sur-Reply Report, dated April 8, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of April 2025, in New York, New York.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ Mandeep S. Minhas*
MANDEEP S. MINHAS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2025, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on April 9, 2025, at New York, New York.

*s/ Mandeep S. Minhas*
MANDEEP S. MINHAS