IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN R. SUNDARAM, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRESHWORKS INC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-06750-CRB<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

Having granted Defendants' motion for summary judgment, see Order (dkt. 132), the Court hereby enters judgment for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 10, 2025

CHARLES R. BREYER
United States District Judge